**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEVADA**

| | |
|---|---|
| EVERBANK, a Federal Savings Association,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD WHEELER, CANYON COMMUNITY BANK NATIONAL ASSOCIATION; and NATIONAL TITLE COMPANY,<br><br>Defendants. | Case No. 2:09-CV-01080 KJD-RJJ<br><br>**ORDER EXTENDING PRETRIAL ORDER DEADLINE** |

The Parties, having filed their *Stipulated Motion to Extend the Deadline to File a Joint Pre-trial Order*, and good cause appearing,

IT IS HEREBY ORDERED granting the Parties' *Stipulated Motion to Extend the Deadline to File a Joint Pre-trial Order*. The deadline to file the joint proposed pretrial order shall be continued until May 30, 2011.

DATED: 4/29/11

_____
JUDGE, UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALTFELD & BATTAILE P.C.
250 NORTH MEYER AVENUE
TUCSON, ARIZONA 85701-1047
520-622-7733