# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVERBANK, A FEDERAL SAVINGS ASSOCIATION,

    Plaintiff,

v.

EDWARD WHEELER, *et al.*,

    Defendants.

Case No. 2:09-CV-01080-KJD-RJJ

**ORDER**

On November 3, 2011, Plaintiff notified (#101) the Court that settlement had been reached and stipulation would be filed within thirty (30) days. In accordance with that assertion, the Court vacated calendar call and scheduled trial dates. However, since that order the parties have taken no action of record. However, since that date, no action of record has been taken by either party. Accordingly, the Court orders the parties to file a Joint Status Report or stipulation to dismiss no later than January 13, 2012.

**IT IS SO ORDERED.**

DATED this 28th day of December 2011.

_____
Kent J. Dawson
United States District Judge