1  JOSEPH P. HARDY
   Nevada Bar No. 7370
2  GORDON & REES LLP
   3770 Howard Hughes Parkway, Suite 100
3  Las Vegas, Nevada 89169
   Telephone: (702) 577-9300
4  Facsimile: (702) 255-2858
   Email: jhardy@gordonrees.com
5
   MILES P. CLEMENTS (*Admitted Pro Hac Vice*)
6  FRILOT LLC
   1100 Poydras Street, Suite 3700
7  New Orleans, Louisiana 70163-3600
   Telephone: (504) 599-8000
8  Facsimile: (504) 599-8100
   Email: mclements@frilot.com
9
   *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVERBANK, a Federal Savings Association,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD WHEELER, CANYON COMMUNITY BANK NATIONAL ASSOCIATION; and NATIONAL TITLE COMPANY,<br><br>Defendants. | CASE NO. 2:09-cv-01080 KJD-RJJ<br><br>**ORDER GRANTING EVERBANK'S MOTION TO DISMISS CLAIMS AGAINST EDWARD WHEELER WITH PREJUDICE** |

UPON THE COURT'S consideration of Plaintiff's Motion to Dismiss Claims Against Edward Wheeler (the "Motion"), it is hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

1  ORDERED, ADJUDGED and DECREED that Plaintiff's Motion is GRANTED and that
2  all of EverBank's claims against Defendant Edward Wheeler be and hereby are dismissed with
3  prejudice, each party to bear their own fees and costs.

    IT IS SO ORDERED.

    _____
    UNITED STATES DISTRICT JUDGE
    Dated: 2/24/12 _____

8  Submitted by:

9  GORDON & REES LLP

11  By: __/s/ Joseph P. Hardy_____
    JOSEPH P. HARDY
    Nevada Bar No. 7370
12  3770 Howard Hughes Parkway, Suite 100
    Las Vegas, Nevada 89169

14  MILES P. CLEMENTS, T.A. (*Pro Hac Vice*)
    FRILOT LLC
15  1100 Poydras Street, Suite 3700
    New Orleans, Louisiana 70163-3600

16  *Attorneys for Plaintiff*