

1  JOSEPH P. HARDY
Nevada Bar No. 7370
2  GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
3  Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
4  Facsimile:  (702) 255-2858
Email:  jhardy@gordonrees.com

5

6  MILES P. CLEMENTS (*Admitted Pro Hac Vice*)
FRILOT LLC
7  1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163-3600
Telephone:  (504) 599-8000
8  Facsimile:  (504) 599-8100
Email:  mclements@frilot.com

9

*Attorneys for Plaintiff*

10

UNITED STATES DISTRICT COURT

11

DISTRICT OF NEVADA

12

13  EVERBANK, a Federal Savings Association,          ) CASE NO.   2:09-cv-01080 KJD-RJJ
                                                    )
14                              Plaintiff,           )
                                                    ) [ ___ ] **ORDER GRANTING**
15  vs.                                             ) **EVERBANK'S MOTION TO**
                                                    ) **DISMISS CLAIMS AGAINST**
16  EDWARD  WHEELER, CANYON  COMMUNITY ) **EDWARD WHEELER WITH**
BANK NATIONAL ASSOCIATION; and                      ) **PREJUDICE**
17  NATIONAL TITLE COMPANY,                          )
                                                    )
18                              Defendants.          )
                                                    )
19  _____ )

20         UPON THE COURT'S consideration of Plaintiff's Motion to Dismiss Claims Against

21  Edward Wheeler (the "Motion"), it is hereby

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon & Rees LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

-1-

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion is GRANTED and that all of EverBank's claims against Defendant Edward Wheeler be and hereby are dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: ___2/24/12_____

Submitted by:

GORDON & REES LLP

By: __/s/ Joseph P. Hardy_____
JOSEPH P. HARDY
Nevada Bar No. 7370
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169

MILES P. CLEMENTS, T.A. (*Pro Hac Vice*)
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163-3600

*Attorneys for Plaintiff*

**Gordon & Rees LLP**
**3770 Howard Hughes Parkway, Suite 100**
**Las Vegas, Nevada 89169**

EVRBK/1057882/11801107